# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLY NEIL, | No. 4:16-CV-5072-FVS |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS PLAINTIFF'S CLAIMS |
| vs. | |
| NANCY A. BERRYHILL,[1] | |
| Defendant | ECF Nos. 17, 19, 20 |

**BEFORE THE COURT** is the Report and Recommendation issued by Magistrate Judge Mary K. Dimke on February 10, 2017, ECF No. 20,

---

[1] Nancy A. Berryhill became the Acting Commissioner of Social Security on January 20, 2017. Pursuant to Rule 25(d) of the Rules of Civil Procedure, Nancy A. Berryhill is substituted for Carolyn W. Colvin as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of 42 U.S.C. § 405(g).

ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS PLAINTIFF'S CLAIMS ~ 1

recommending, as per the parties' Notice of Stipulated Voluntary Dismissal, that Plaintiff's claims be DISMISSED with prejudice.  No objection was filed.  After review, the Court hereby adopts the Report and Recommendation in its entirety.  Accordingly, **IT IS ORDERED:**

1. The Report and Recommendation, **ECF No. 20**, is **ADOPTED** in its entirety.

2. Plaintiff's claims are **DISMISSED** with prejudice, ECF No. 19.

3. Plaintiff's Motion to Extend Social Security Deadlines, ECF No. 17, is **DISMISSED** as moot.

The District Court Executive is directed to file this Order and forward copies to the parties.  Judgment shall be entered for Defendant and the file shall be **CLOSED**.

DATED March 13, 2017.

s/<i>Fred Van Sickle</i><br>
Fred Van Sickle<br>
Senior United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS PLAINTIFF'S CLAIMS ~ 2