# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 13, 2017

SEAN F. McAVOY, CLERK

KELLY MARIE NEIL,

    *Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY,

    *Defendant*

Civil Action No. 4:16-cv-05072-FVS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's claims were Dismissed with Prejudice (ECF No. 19).
Plaintiff's Motion to Extend Social Security Deadlines (ECF No. 17) was Dismissed as Moot.
Report and Recommendation (ECF No. 20) was Adopted in it's entirety.
Judgment entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge FRED VAN SICKLE on a motion to dismiss.

Date: 3/13/2017

CLERK OF COURT

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez